**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 271 WAL 2020

             Respondent            :

                                   :    Petition for Allowance of Appeal

                                   :    from the Order of the Superior Court

             v.                       :

                                   :

CORIE REX HILLIARD,                 :

                                   :

             Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.